## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**MICHAEL WEINZIERL,**

      **Plaintiff,**

**v.**                                                  **Case No: 5:19-cv-640-Oc-PRL**

**ENO, INC. and DANNY DEE**
**TUNNELL,**

      **Defendants.**

_____

## ORDER

Recently, the Court directed counsel to confer pursuant to Local Rule 3.01(g) regarding the issues raised by Plaintiff's motion to compel responses to Plaintiff's discovery requests. (Doc. 28). Following their conference, the parties were directed to file a written notice advising the Court as to whether, and to what extent, Plaintiff's motion to compel discovery required resolution by the Court. And, the Court directed that Defendant should respond to Plaintiff's motion on or before November 12, 2020.

On November 10, 2020, Plaintiff filed a notice that counsel had conferred. The notice recites that counsel for Defendants "indicated that discovery responses would be forthcoming by November 11, 2020, due to the recent move of his office from one location to another." (Doc. 29). Plaintiff also stated that Plaintiff will be deposed on November 20, and the parties have a scheduled mediation on December 16. Plaintiff did not reassert the request for relief stated in his earlier motion to compel, and it thus appears that the motion (Doc. 27) is due to be denied as moot.

**DONE** and **ORDERED** in Ocala, Florida on November 19, 2020.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties